**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COPY PROTECTION LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 14-cv-365-LPS |
| v. | : | |
| | : | **DEMAND FOR JURY TRIAL** |
| NETFLIX, INC, | : | |
| | : | |
| Defendants. | : | |
| | x | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 13 of the case Scheduling Order (D.I. 15), the parties hereby submit their Joint Claim Construction Chart for the asserted claims of U.S. Patent No. 7,079,649 ("the '649 Patent"). The Joint Claim Construction Chart includes each party's proposed construction of the disputed claim language and identifies intrinsic evidence supportive of those proposed constructions.

Attached to this filing are: the Joint Claim Construction Chart as **Exhibit A**, a copy of the '649 Patent as **Exhibit B**, and a copy of the prosecution history of the '649 Patent, separated into five files due to size constraints, as **Exhibit C-1 to Exhibit C-5**.

| | |
|---|---|
| Dated: April 17, 2015 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Brian E. Farnan* | /s/ *David E. Moore* |
| Brian E. Farnan (Bar No. 4089) | Richard L. Horwitz (Bar No. 2246) |
| Michael J. Farnan (Bar No. 5165) | David E. Moore (Bar No. 3983) |
| 919 N. Market St., 12th Floor | Bindu A. Palapura (Bar No. 5370) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 777-0300 | 1313 N. Market Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |

| | |
|---|---|
| mfarnan@farnanlaw.com | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Jonathan A. David (admitted pro hac vice) | dmoore@potteranderson.com |
| Stephen F. Roth (admitted pro hac vice) | bpalapura@potteranderson.com |
| Aaron s. Eckenthal (admitted pro hac vice) | |
| Maegan A. Fuller (admitted pro hac vice) | |
| LERNER, DAVID, LITTENBERG, | *Attorneys for Defendant Netflix, Inc.* |
| KRUMHOLZ & MENTLIK, LLP | |
| 600 South Avenue West | |
| Westfield, NJ  07090 | |
| (908) 654-5000 | |
| Fax: (908) 654-7866 | |
| jdavid@ldlkm.com | |
| sroth@ldlkm.com | |
| aeckenthal@ldlkm.com | |
| mfuller@ldlkm.com | |

*Attorneys for Plaintiff Copy Protection LLC*