# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COPY PROTECTION LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 14-365-LPS-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT NETFLIX, INC.'S MOTION TO STAY LITIGATION PENDING INTER PARTES REVIEW OF THE PATENT-IN-SUIT

Defendant Netflix, Inc. hereby moves to stay this litigation pending the conclusion of the *inter partes* review ("IPR") of the sole patent at issue in this litigation (U.S. Pat. No. 7,079,649). The grounds for this motion are more fully set forth in Defendant's opening brief in support, filed contemporaneously herewith.

For the reasons set forth therein, Defendant respectfully requests that the Court stay this case until the IPR proceeding has been concluded.

Pursuant to Local Rule 7.1.1, counsel for Defendant made a reasonable effort to reach agreement with Plaintiff on this matter, and Plaintiff objects to a stay.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
| Clay C. James | By:  */s/ Bindu A. Palapura* |
| C. Matthew Rozier | Richard L. Horwitz (#2246) |
| Aaron S. Oakley | David E. Moore (#3983) |
| HOGAN LOVELLS US LLP | Bindu A. Palapura (#5370) |
| One Tabor Center, Suite 1500 | Hercules Plaza, 6th Floor |
| 1200 Seventeenth Street | 1313 N. Market Street |
| Denver, CO 80202 | Wilmington, DE  19801 |
| Tel:  (303) 899 7300 | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Melissa J. Baily | dmoore@potteranderson.com |
| James D. Judah | bpalapura@potteranderson.com |
| Adam Botzenhart |  |
| QUINN EMANUEL URQUHART  & SULLIVAN, LLP | *Attorneys for Defendant Netflix, Inc.* |
| 50 California Street, 22nd Floor |  |
| San Francisco, CA  94111 |  |
| Tel:  (415) 875-6600 |  |

Dated:  April 24, 2015
1187801/ 41572