**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COPY PROTECTION LLC, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 14-cv-365-LPS |
| v. | : | |
| | : | **DEMAND FOR JURY TRIAL** |
| NETFLIX, INC, | : | |
| | : | |
| Defendants. | : | |
| | x | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 13 of the case Scheduling Order (D.I. 15), the parties hereby submit an Amended Joint Claim Construction Chart for the asserted claims of U.S. Patent No. 7,079,649 ("the '649 Patent") to supersede the Joint Claim Construction Chart (D.I. 44) filed on April 17, 2015. Following further meet and confers between the parties, the Amended Joint Claim Construction Chart narrows the number of terms in dispute, includes each party's proposed construction of the disputed claim language, and identifies intrinsic evidence supportive of those proposed constructions. The parties have also agreed not to present validity challenges under 35 U.S.C. § 112 at the claim construction stage, but reserve the right to assert any such challenges at any time in the case otherwise allowed by the Scheduling Order and the Court.

Attached to this filing is the Amended Joint Claim Construction Chart as **Exhibit A**. A copy of the '649 Patent is attached as **Exhibit B**, and a copy of the prosecution history of the '649 Patent is attached as **Exhibits C-1 to C-5**.

| | |
|---|---|
| Dated: May 19, 2015 | Respectfully submitted, |
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Brian E. Farnan* | /s/ *Richard L. Horwitz* |
| Brian E. Farnan (Bar No. 4089) | Richard L. Horwitz (Bar No. 2246) |
| Michael J. Farnan (Bar No. 5165) | David E. Moore (Bar No. 3983) |
| 919 N. Market St., 12th Floor | Bindu A. Palapura (Bar No. 5370) |
| Wilmington, DE  19801 | Hercules Plaza, 6th Floor |
| (302) 777-0300 | 1313 N. Market Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Jonathan A. David (admitted *pro hac vice*) | dmoore@potteranderson.com |
| Stephen F. Roth (admitted *pro hac vice*) | bpalapura@potteranderson.com |
| Aaron s. Eckenthal (admitted *pro hac vice*) | |
| Maegan A. Fuller (admitted *pro hac vice*) | |
| LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP | *Attorneys for Defendant Netflix, Inc.* |
| 600 South Avenue West | |
| Westfield, NJ  07090 | |
| (908) 654-5000 | |
| Fax: (908) 654-7866 | |
| jdavid@ldlkm.com | |
| sroth@ldlkm.com | |
| aeckenthal@ldlkm.com | |
| mfuller@ldlkm.com | |
| *Attorneys for Plaintiff Copy Protection LLC* | |