# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COPY PROTECTION LLC, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 14-365-LPS |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| NETFLIX, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION TO STAY

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Copy Protection LLC and Defendant Netflix, Inc., subject to the approval of the Court, that all deadlines in the above-captioned action are stayed until December 21, 2015, to allow the parties to finalize their agreement to voluntarily dismiss with prejudice Plaintiff's claims.

Respectfully submitted,

| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Michael J. Farnan* | By: */s/ Bindu A. Palapura* |
| Brian E. Farnan (#4089) | David E. Moore (#3983) |
| Michael J. Farnan (#5165) | Bindu A. Palapura (#5370) |
| 919 N. Market Street, 12th Floor | Stephanie E. O'Byrne (#4446) |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| Tel: (302) 777-0300 | 1313 N. Market Street |
| bfarnan@farnanlaw.com | Wilmington, DE 19801 |
| mfarnan@farnanlaw.com | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiff* | bpalapura@potteranderson.com |
| | sobyrne@potteranderson.com |
| | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2015.

_____
Chief Judge Leonard P. Stark

1210610 / 41572